JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. GHOLAR, SR., | ) | NO. CV 21-9008-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. BURTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition and Petitioner's "Motion to Vacate Judgment, etc." are denied and dismissed without prejudice.

DATED: November 19, 2021.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE